UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER HEINZ KAMILLO ROIGK,

                                Plaintiff,

        -against-                                           25-cv-3428 (KMW)

JAMAICA HOSPITAL MEDICAL CENTER,                            CIVIL JUDGMENT
ET AL,

                                Defendants.

For the reasons stated in the October 21, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    December 30, 2025
           New York, New York


                                        /s/ Kimba M. Wood
                                        _____
                                            KIMBA M. WOOD
                                        United States District Judge